UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMETRIUS HOSKINS, | § | |
| ID # 389700, | § | |
|     Plaintiff, | § | CRIMINAL ACTION NO. |
| vs. | § | No. 3:13-CV-1556-B |
| | § | |
| DAWSON STATE JAIL, et al., | § | |
|     Defendants. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. This case will be dismissed by separate judgment for failure to prosecute or follow orders of the court.

SIGNED this 5th day of July, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE